**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| SPRINGS MEDICAL ASSOCIATES, PC., | ) Case No. 20-17026-MER |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| | ) |
| JOLI A. LOFSTEDT, | ) |
| Chapter 7 Trustee, | ) Adv. Proceeding No. 22-01266-MER |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INPATIENT CONSULTANTS OF | ) |
| COLORADO, PC, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

THIS MATTER having come before the Court on the Motion for Default Judgment (the "<u>Motion</u>") filed by Joli A. Lofstedt, as chapter 7 trustee ("<u>Trustee</u>"), and the Court, having reviewed the Motion and being fully advised in the premises, hereby

ORDERS that the Motion is GRANTED; and

FURTHER ORDERS that judgment shall enter in Trustee's favor and against InPatient Consultants of Colorado, PC in the amount of $6,897.00.

Dated: February 22, 2023

BY THE COURT:

Honorable Michael E. Romero
United States Bankruptcy Judge