# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SPRINGS MEDICAL ASSOCIATES, PC., ) | Case No. 20-17026-MER |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| ) | |
| JOLI A. LOFSTEDT, ) | Adv. Proceeding No. 22-01266-MER |
| Chapter 7 Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INPATIENT CONSULTANTS OF ) | |
| COLORADO, PC, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Judgment hereby enters in favor of Joli A. Lofstedt, as chapter 7 trustee of the bankruptcy estate of Springs Medical Associates, PC, and against InPatient Consultants of Colorado, PC, in the amount of $6,897.00.

Dated: __February 22__, 2023

FOR THE COURT:

Kenneth S. Gardner, Clerk of Court

By: _____
Deputy Clerk

APPROVED AND ACCEPTED:

By: _____
Michael E. Romero
United States Bankruptcy Judge